ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-6595
   Facsimile:  (213) 894-7177
   E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ONE 2007 CHEVROLET AVALANCHE VEHICLE BEARING VIN NUMBER 3GNEC12JX7G111807, <br><br> Defendant. <br><br> NORA E. ALVAREZ, <br><br> Claimant. | NO.  CV 09-2518 JVS(RZx) <br><br> **CONSENT JUDGMENT OF FORFEITURE** |

    This action was filed on April 10, 2009 against the defendant one 2007 Chevrolet Avalanche, Vehicle Identification

Number ("VIN") 3GNEC12JX7G111807 ("defendant vehicle") that was seized from claimant Nora E. Alvarez ("Alvarez"). Notice was given and published in accordance with law. Plaintiff United States of America and Alvarez have reached an agreement that is dispositive of the action. No other parties have appeared and the time for filing such claims and answers has expired. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant 2007 Chevrolet Avalanche, VIN 3GNEC12JX7G111807 other than Alvarez are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to the defendant 2007 Chevrolet Avalanche, VIN 3GNEC12JX7G111807, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said asset in accordance with law.

4. Alvarez hereby releases the United States of America, its agencies, agents, and officers, including employees, officers and agents of the Federal Bureau of Investigation, as well as all agents, officers, employees and representatives of any state or local government or law enforcement agency involved in the investigation or prosecution of this matter, from any and

all claims, actions or liabilities arising out of or related to the seizure of the defendant vehicle or the prosecution of this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of Alvarez, whether pursuant to 28 U.S.C. § 2465 or otherwise.

5. The court finds that there was reasonable cause for the seizure of the defendant vehicle and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated:  August 29, 2012

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

**[Signatures appear on next page.]**

**Approved as to form and content:**

DATED: August 24, 2012       ANDRÉ BIROTTE JR.
                             United States Attorney
                             ROBERT E. DUGDALE
                             Assistant United States Attorney
                             Chief, Criminal Division
                             STEVEN R. WELK
                             Assistant United States Attorney
                             Chief, Asset Forfeiture Section

                                    /s/
                             KATHARINE SCHONBACHLER
                             Assistant United States Attorney
                             Attorneys for Plaintiff
                             United States of America


DATED: August 20, 2012       LAW OFFICE OF KENNETH A. REED


                                    /s/
                             KENNETH A. REED

                             Attorney for Claimant
                             SALVADOR VERA